IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES KIGHT                                                                                          PLAINTIFF

v.                                          NO. 4:21-cv-00328-JM

GOVERNMENT EMPLOYEES INSURANCE                                         DEFENDANT
COMPANY a/k/a GEICO

## ORDER

The Court has been advised that the parties have reached an agreement in this case. The jury trial scheduled for May 2, 2022, is canceled and this case is removed from the trial docket.

IT IS SO ORDERED this 21st day of April, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE