IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES KIGHT**                                                        **PLAINTIFF**

**VS.**                                  **4:21CV000328 JM**

**GOVERNMENT EMPLOYEES INSURANCE
COMPANY**                                               **DEFENDANT**

## ORDER

Pending is the parties' joint motion to dismiss. (Docket #32). For good cause shown, the motion is GRANTED. The case is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 31st day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE